UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| REBECCA BRUNSON, | ) | No: 4:20-cv-03395-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW M. SAUL, | ) | |
| Commissioner of the Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of Defendant's Motion to Remand and Plaintiff's consent thereto, it is hereby ORDERED that Defendant's Motion is GRANTED. This case shall be remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

                                                s/ Thomas E. Rogers, III
                                                Honorable Thomas E. Rogers, III
                                                United States Magistrate Judge

Florence, SC
July 7, 2021